AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

BRUCE E. RICKER, individually and on behalf of all others similarly situated,

Plaintiff,

V.

ZOO ENTERTAINMENT, INC., et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:11-cv-00490

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...that Defendants' Motion to Dismiss is GRANTED (doc. 17) and this matter is CLOSED.

7/30/2012

Date

JAMES BONINI, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk